UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BOYCE, | No. 2:14-cv-1743 KJM KJN P |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE |
| MICHAEL FOX, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C § 1983. On February 5, 2016, the court found the appointment of counsel warranted for the limited purpose of drafting an amended complaint and referred the case to the court's ADR and Pro Bono Program Coordinator to attempt to locate pro bono counsel to represent plaintiff. (ECF No. 32.) Kellan S. Patterson has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Kellan S. Patterson is appointed as counsel for the limited purpose of investigating plaintiff's claims, and drafting and filing an amended complaint. The amended complaint is due sixty days from the date of this order, in compliance with the order issued February 5, 2016.

////

1

    2. The appointment of Kellan S. Patterson will terminate when plaintiff's amended complaint is filed, or counsel files a notice that an amended complaint would not be appropriate. Prior to the termination of the appointment, the court will accord counsel the option of discontinuing his representation of plaintiff or, at his discretion, proceeding as plaintiff's appointed counsel for purposes of discovery, settlement and/or trial. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

    3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

    4. The Clerk of the Court is directed to serve a copy of this order upon Kellan S. Patterson, Law Office of Kellan Patterson, 3379 Paumanok Way, Sacramento, CA 95835.

Dated: March 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/boyc1743.apt