IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Donnell Boyce

        Plaintiff(s)

vs.

Michael Fox, et al.,

        Defendants.

No. 2:14-cv-1743 KJM KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Kellan Patterson, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on March 1, 2016, by the Honorable Kendall J. Newman, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

An in person interview/meeting with Donnell Boyce. The meeting will (1) allow me to determine the facts of the case while ensuring confidentiality; (2) Discuss strategies and course of action; and (3) to fulfill mandatory obligations of duties and responsibilities mandated by the State Bar of California.

Donnell Boyce is being housed at the California State Prison, Los Angeles County. The prison's address is 44750 60th Street West, Lancaster, Ca. 93536. My approved visit for Mr. Boyce is scheduled on March 22, 2016, at 12:30pm. I will be driving by person car to the prison from my office located at 2929 35th Street, Sacramento, Ca. 95817. A round-trip consist of 720 miles. (720 * .54) = 388.80 Also, one meal totaling $25.49

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 414.29 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:14-cv-1743 KJM KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of March, 2016, at Sacramento, California.

Kellan Patterson
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  ____ Denied

Or,

____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number ____.

Dated: April 4, 2016

KENDALL J. NEWMAN
United States Magistrate Judge